THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOCTORS HOSPITAL, INC., Respondent, against JAMES J. SEXTON et al., Formerly Constituting the Board of Taxes and Assessments of the City. of New York, et al., Appellants.

Argued October 2, 1945; decided October 25, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Oscar L. Tucker, Arthur H. Goldberg, Edmund B. Hennefeld* and *Leo Brown* of counsel), for appellants.

*John G. Saxe, Eli Whitney Debevoise* and *Edward D. Burns* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. Taking no part: THACHER, J.